AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Felix Rodriguez-Rodriguez<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:22-mj-1012-MRM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/22/2022_____ in the county of _____Lee_____ in the _____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Ilegal Reentry After Deportation |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Francisco J. Barrios, Deportation Officer, DHS/ICE
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____2/1/2022_____

_____
*Judge's signature*

City and state: _____Fort Myers, Florida_____

MAC R. McCOY, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Francisco J. Barrios, being duly sworn on oath depose and state the following:

1.     I am a Deportation Officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE).  I have been employed in this capacity since September 2012.  Prior to my current position as a Deportation Officer, I was an Immigration Enforcement Agent with ICE, since February 2008.  As a Deportation Officer and in my prior position as an Immigration Enforcement Agent, my duties include the apprehension of aliens who are in the United States illegally and the enforcement of the immigration laws including offenses involving aliens who are believed to have reentered the United States, after deportation, without authorization from the Attorney General or his successor the Secretary of DHS.  Prior to being an Immigration Enforcement Agent, I was a Border Patrol Agent. My duty as a Border Patrol agent was to detect and prevent the smuggling and unlawful entry of undocumented aliens into the United States and to apprehend those persons founds in the United States in violation of Immigration laws.  This affidavit is based upon my personal knowledge, and information which has been provided to me by other law enforcement officers and reports.

2.     On or about January 2, 2022, a subject later identified as Jose RODRIGUEZ-Rodriguez was arrested by the Fort Myers Police Department for Battery (Touch or Strike).  Fort Myers is within the Middle District of Florida. On

January 3, 2022, while electronically conducting enforcement operations at the Lee County Sheriff Correctional facility, Deportation Officer Yoan Nunez encountered **RODRIGUEZ**. As per ICE procedures, **RODRIGUEZ'** fingerprints were rolled, scanned and electronically submitted into the Federal Bureau of Investigation's Next Generation Identification (NGI). **RODRIGUEZ** was also processed through the DHS' Automated Biometric Identification System (IDENT), which resulted in his fingerprints matching a record of a previously deported alien under alien file 076 740 773. On January 26, 2022, Deportation Officer Sergio Amador arrested **RODRIGUEZ** and transported him to the ICE Fort Myers Sub-office for further processing. The ICE Fort Myers Sub-office is located at 8860 Salrose Lane, Fort Myers, Florida 33912 and within the Middle District of Florida.

      3.    A search of the ICE computer databases revealed that alien number 076 740 773 was assigned to **RODRIGUEZ**, a citizen and native of Mexico born on March 1, 1976. I subsequently reviewed the contents of alien file 076 740 773. Contained in the file was an Order of Removal issued by a Judge in Houston, Texas, on June 4, 2015. This order was issued based upon the charges on the Notice to Appear (I-862) pursuant Section 237(a)(2)(B)(i) of the immigration and Nationality Act. Also contained in the alien file was an executed Warrant of Removal (I-205), which revealed that **RODRIGUEZ** was deported from the United States to Mexico on July 15, 2015, from Laredo, Texas afoot.

2

4.    **RODRIGUEZ** reentered the United States on an unknown date at an unknown location without being admitted or paroled after inspection by an immigration officer at a designated port of entry and without permission by the Department of Homeland Security.

5.    A fingerprint comparison was conducted on January 27, 2022, by U.S. Immigration and Customs Enforcement, Homeland Security Investigations, Forensics Laboratory which compared **RODRIGUEZ's** set of fingerprints taken while in custody on January 2, 2022, with the fingerprints contained on the executed Warrant of Removal (I-205) dated July 15, 2015, found in the alien file A 076 740 773. The result of this comparison revealed that the individual encountered on January 27, 2022, in Lee County, Florida was in fact the same person as **Jose RODRIGUEZ-Rodriguez,** who was deported from the United States under alien file A 076 740 773.

6.    A search of the records maintained by the United States Citizenship and Immigration Services (CIS) further disclosed that **RODRIGUEZ** had never received permission to reenter the United States before March 1, 2003, from the United States Attorney General nor after February 28, 2003, from the Secretary of the Department of Homeland Security (DHS).

3

7.    Based on the above information, I have concluded that, to the best of my knowledge and belief, there is probable cause to believe that, the Defendant, **Jose RODRIGUEZ-Rodriguez**, is presently in the United States, in violation of Title 8, United States Code, Section 1326(a).

Francisco J. Barrios, Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 (d) (3), before me this __1st__ day of __February__, 2022.

MAC R. McCOY
United States Magistrate Judge

4